JEFFREY M. LENKOV, ESQ. (SBN 156478)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

JS - 6

Attorneys for Defendant **MACY'S WEST STORES, INC.** [Erroneously sued herein as MACY'S DEPARTMENT STORES, INC.]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TRUJILLO, by and through her Guardian Ad Litem, CINTHIA FLORES, <br><br> Plaintiffs, <br><br> vs. <br><br> MACY'S DEPARTMENT STORES, INC., a business entity, form unknown and DOES 1 to 100 inclusive, <br><br> Defendants. <br> Defendants. | Case No.: CV13-5265 R (JCGx) <br><br> **ORDER FOR COURT TO REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA STATE COURT** <br><br> *Complaint Filed: 05/07/2013* |

**IT IS SO ORDERED:**

GOOD CAUSE HAVING BEEN SHOWN: Pursuant to this stipulation, the parties agree to allow the Court to remand the case to the Superior Court of the State of California for the County of Los Angeles.

The amount in controversy, inclusive of all claims, damages, attorney's fees, and punitive damages, including expenses and costs, does not exceed $75,000.00 in the aggregate.

/ / /

/ / /

-1-

Proposed Order

1 | All hearing dates are vacated.

3 | Dated: _August 6, 2013__

_____
Judge of the United States District Court